# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Wali Hamani

          Plaintiff,

V.

United States of America

          Defendant.

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES
ON APPEAL

Case Number: 06-5179 (RBK)

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is:

☑ GRANTED, and the appeal may be filed without prepayment of fees;

☐ DENIED under 28 U.S.C. § 1915 ( c ), appeal not taken in good faith

or

☐ DENIED for the following reason(s):

_____

_____

ENTER this ___5___ day of _January_, 20_09_ at Camden, NJ

_____
Signature of Judicial Officer

Hon. Robert B. Kugler

U.S.D.J.